IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ALTON HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 108-080 |
| | ) | |
| VICTOR WALKER, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In lieu of objections, Plaintiff filed a motion to dismiss, seeking dismissal of the above-captioned case without prejudice so that he may, presumably at a later date, properly name the defendants responsible for the acts comprising the allegations in his amended complaint. (Doc. no. 13). When Plaintiff first filed his lawsuit he was cautioned that the Prison Litigation Reform Act provides:

> [T]hat a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if the prisoner has on three or more prior occasions, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted.

(Doc. no. 4, p. 2). Because of these requirements, Plaintiff was given an opportunity at that time, to voluntarily dismiss his complaint pursuant to Fed. R. Civ. P. 41(a)(1) and not be

subjected to a "strike" under 28 U.S.C. § 1915(g). (Id. at 3).

Plaintiff chose to proceed with his case. On October 30, 2008, the Magistrate Judge reviewed Plaintiff's complaint in conformity with the *in forma pauperis* statute. Because of pleading deficiencies, Plaintiff was directed to file an amended complaint. (Doc. no. 9). Plaintiff submitted his amended complaint, and on December 19, 2008, the Magistrate Judge issued a Report and Recommendation that recommended dismissal of all Defendants that had been named in Plaintiff's original complaint but not in the amended complaint. (Doc. no. 11, p. 3). The Magistrate Judge also recommended dismissal of the above-captioned case, finding that Plaintiff had failed to state a claim upon which relief can be granted in his amended complaint as to the remaining Defendants. (Id. at 5). Plaintiff cannot now, in an attempt to avoid a "strike," voluntarily dismiss his case. As such, Plaintiff's motion to dismiss is **DENIED**.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants T.J. Conley, Ron Whitaker, the Medical Staff of Augusta State Medical Prison are **DISMISSED** as Defendants, Plaintiff's case is **DISMISSED** for failure to state a claim as to the remaining Defendants, and this civil action is **CLOSED**.

SO ORDERED this 12th day of February, 2009, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

2